# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 22, 2008

Charles R. Fulbruge III
Clerk

No. 07-40610

ARNULFO ANDRES LOPEZ

Plaintiff-Appellant

V.

KENNETH MACK, Individually and in His Capacity as Chief of Police of the Galveston Police Department; GALVESTON POLICE DEPARTMENT; CITY OF GALVESTON; OFFICER CLAYTON POPE; OFFICER MATTHEW WHITING; SERGEANT JOEL CALDWELL; OFFICER ARCHIE CHAPMAN; UNKNOWN GALVESTON POLICE OFFICER, also known as Whitey

Defendants-Appellees

Appeal from the United States District Court
for the Southern District of Texas
3:06-CV-371

Before GARZA and DENNIS, Circuit Judges, and MILLS,[*] District Judge.

PER CURIAM:[**]

Plaintiff-Appellant Arnulfo Andres Lopez ("Lopez") appeals from a December 13, 2006, Memorandum Opinion and Order of the District Court and an April 11, 2007, Memorandum Opinion and Order of the District Court.

---

[*] Chief Judge of the Northern District of Mississippi, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Together, these orders granted summary judgment for Defendants-Appellees and dismissed all of Lopez's federal law claims and all of Lopez's state law claims except for one state law malicious prosecution claim, which the District Court remanded to state court. We have reviewed the briefs, the entire record on appeal, and the applicable law and have heard oral arguments of counsel. Finding no error in the District Court's disposition of the case, we AFFIRM essentially for the reasons stated by the District Court in its written opinions.